In the Matter of the Petition of HARRY C. SPINKS, Appellant, to Obtain the Testimony of FRANCIS V. GREENE et al., Respondents, as Witnesses in an Action Pending in the Court of Chancery in the State of New Jersey.

*Matter of Spinks*, 63 App. Div. 235, appeal dismissed.
(Argued November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 9, 1901, which reversed two orders of Special Term, one denying a motion of the appellants herein to vacate and set aside a subpoena theretofore issued requiring them to appear before a commissioner therein named and be examined as witnesses

in behalf of the complainant in an action pending in the Court of Chancery of New Jersey, and the other granting petitioner's motion to compel the respondent Greene to testify pursuant to said subpœna.

*G. H. Engelhard* and *Nathan Bijur* for appellant.

*De Lancey Nicoll* and *Raymond D. Thurber* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.